USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __8/6/2018__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MD EPTE,

        Plaintiff,

-against-

SELIP & STYLIANOU, LLP,

        Defendant,
_____/

Civil Action No: 1:18-cv-05892-ER

**STIPULATION OF DISMISSAL WITH PREJUDICE**

To the Clerk of the above-named Court:

    It is hereby agreed by the undersigned parties and attorneys for Plaintiff MD Epte, and Defendant Selip & Stylianou, LLP, that the within action shall be dismissed with prejudice and with each party to bear their own fees and costs.

**The Tariq Law Firm, PLLC**
*Attorney for Plaintiff*
*MD Epte*

By: _____
    Subhan Tariq, Esq.

68 Jay Street, Suite 201
Brooklyn, NY 11201
Tel No: (718) 674-1245

**Law Office of Robert L. Arleo, Esq. P.C.**
*Attorney for Defendant*
*Selip & Stylianou, LLP*

By: _____
    Robert Louis Arleo, Esq.

380 Lexington Avenue, 17th Floor
New York, NY 10168
Tel No: (212) 551-1115

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: __8/6/2018__
New York, New York